AG CAPITAL FUNDING PARTNERS, L.P., et al., Plaintiffs, v STATE STREET BANK AND TRUST COMPANY, Third-Party Appellant. SALOMON SMITH BARNEY INC. et al., Third-Party Defendants-Respondents.

Submitted September 26, 2005; decided October 20, 2005

Motion by AG Capital Funding Partners, L.P. et al. for leave

to file a brief on the appeal herein granted only to the extent that the proposed brief is accepted as filed.